ELLEN HENDRICKSON, Ex'TRIX, etc., Respondent, *v.* JOHN KELLY, Sheriff, etc., et al., Appellants.

(Argued April 1, 1872; decided April 9, 1872.)

*A. J. Vanderpoel* for the appellants.

*Francis Kernan* for the respondent.

Agree to affirm. No opinion.